PD-1260-15

PD-1260-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/24/2015 12:40:48 PM
Accepted 9/24/2015 4:36:49 PM
ABEL ACOSTA
CLERK

# IN THE COURT OF CRIMINAL APPEALS
## OF THE STATE OF TEXAS

PD-_____

| | | |
|---|---|---|
| **REGINALD TURON HILL** | § | On Petition for Review of |
| *Appellant* | § | No. 14-14-00376-CR |
| v. | § | Court of Appeals |
| | § | Fourteenth District of Texas |
| **THE STATE OF TEXAS** | § | |
| *Appellee* | § | |

## PETITIONER'S/APPELLANT'S MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

Petitioner/Appellant Reginald Turon Hill, moves for an extension of time to file his petition for discretionary review, under TEX. R. APP. P. 10.5(b).

### I. LOWER COURT PROCEEDINGS

Judgment in this case was entered on May 8, 2014. The court of appeals affirmed on August 25, 2015. No motion for rehearing was filed.

### II. PROCEEDINGS IN THIS COURT

Mr. Hill's petition is due on September 24, 2015. No previous extensions have been requested.

### III. REASONS FOR REQUEST

Since the court of appeals handed down its judgment, counsel has been working to complete briefs in *Margaret Mayer v. State*, Cause No. 14-14-01011-CR, which is subject to abatement; *Herman Whitfield v. State*, Cause No. 01-15-00274-CR; *Eric Samuel*

*Tucker v. State*, Cause No. 01-15-00274-CR; and *Bo Daniel Shafer v. State*, Cause No. 14-15-00372-CR; as well as applications for writs of habeas corpus arising from juvenile certification issues brought to light by the *Moon/Guerrero/Yado* line of cases.

## IV. FILING OF MOTION

In the exercise of due diligence, counsel could not complete Mr. Hill's petition by the deadline. This motion is not filed for purposes of delay, but so justice may be done.

## PRAYER

Mr. Hill respectfully requests that this motion be granted and that the Court permit an extension of time until October 24, 2015, to file his petition for discretionary review.

Respectfully submitted,

**ALEXANDER BUNIN**
Chief Public Defender
Harris County Texas

*/s/ Cheri Duncan*

_____

**CHERI DUNCAN**
Assistant Public Defender
Harris County Texas
State Bar No. 06210500
1201 Franklin, 13th Floor
Houston Texas 77002
(713) 368-0016
(713) 368-9278 (Fax)
cheri.duncan@pdo.hctx.net

Attorney for Petitioner/Appellant,
**REGINAL TURON HILL**

## CERTIFICATE OF SERVICE

I certify that a copy of Appellant's Motion to Extend Time to File Petition was served on the State of Texas by electronic delivery to the Appellate Division of the Harris County District Attorney's Office and the State Prosecuting Attorney, September 24, 2015.

/s/ *Cheri Duncan*

**CHERI DUNCAN**